| 1. Person Reporting (Last name, First name, Middle initial) STAGG, TOM | 2. Court or Organization U.S. DISTRICT COURT-W.D.\LA | 3. Date of Report 7/5/2004 |
|---|---|---|

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - Senior Status | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
|---|---|---|

| 7. Chambers or Office Address JUDGE TOM STAGG 300 FANNIN STREET, #4100 SHREVEPORT, LA 71101-3091 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PARTNER | CAMELLIA TRADING COMPANY (A ▮▮▮ Partnership) |
| 2. | MEMBER | ST. VRAIN, LLC (A ▮▮▮ Owned Limited Liablity Company) |
| 3. | | |



## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2004 JUL 12 A 11: 15 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | STAGG, TOM | 7/5/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | STAGG, TOM. | 7/5/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Chrysler Dealer | 4 Tickets to Las Vegas Show (Celine Dion) | $600 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Royalty Interest - Arcadia Parish, LA | ▓ | Royalty | ▓ | W | | | ▓ | ▓ | ~ |
| 2. Royalty Interest - Union Parish, LA | ▓ | Royalty | ▓ | W | | | ▓ | ▓ | |
| 3. Merck & Co.-Common Stock | ▓ | Dividend | ▓ | ▓ | | | ▓ | ▓ | |
| 4. Medco Health Solutions-Common Stock | ▓ | None | ▓ | ▓ | Spinoff of Merck | 08/25 | ▓ | ▓ | |
| 5. General Electric-Common Stock | B | Dividend | ▓ | ▓ | | | ▓ | ▓ | |
| 6. Wal-Mart Stores, Inc. - Common Stock | ▓ | Dividend | ▓ | T | | | ▓ | ▓ | |
| 7. INTEL Corp. - Common Stock | A | Dividend | ▓ | T | | | ▓ | ▓ | |
| 8. Sun Microsystems - Common Stock | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 9. Motorola, Inc. - Common Stock | A | Dividend | ▓ | ▓ | | | ▓ | ▓ | |
| 10. Exxon Mobil - Common Stock | ▓ | Dividend | ▓ | ▓ | | | ▓ | ▓ | |
| 11. Corning, Inc. - Common Stock | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 12. Dell, Inc. - Common Stock | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 13. STMicroelectronics - Common Stock | A | Dividend | ▓ | T | | | ▓ | ▓ | |
| 14. Microsoft Corp. - Common Stock | ▓ | Dividend | ▓ | T | | | ▓ | ▓ | |
| 15. Citigroup, Inc. - Common Stock | ▓ | Dividend | ▓ | ▓ | | | ▓ | (A-H) | |
| 16. Time Warner (AOL) - Common Stock | ▓ | None | ▓ | ▓ | | | ▓ | ▓ | |
| 17. Tyco International - Common Stock | A | Dividend | ▓ | T | | | ▓ | ▓ | |
| 18. Pfizer, Inc. - Common Stock | A | Dividend | K | T | | | ▓ | ▓ | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Cisco Systems, Inc. - Common Stock | | | | | | | | | |
| 20. Qualcomm, Inc. - Common Stock | A | Dividend | | | | | | | |
| 21. Emerson Electric Co. - Common Stock | A | Dividend | | | | | | | |
| 22. JDS Uniphase Corp. - Common Stock | | | | | | | | | |
| 23. National Semiconductor - Common Stock | | None | | | | | | | |
| 24. Oracle, Corp. - Common Stock | | None | | | | | | | |
| 25. EMC Corporation - Common Stock | | None | | | | | | | |
| 26. Chevron/Texaco Corp. - Common Stock | A | Dividend | | | | | | | |
| 27. Schlumberger Ltd. - Common Stock | | Dividend | | | | | | | |
| 28. Williams Companies- Common Stock | A | Dividend | | | | | | | |
| 29. Home Depot, Inc. - Common Stock | | Dividend | | | | | | | |
| 30. Home Depot, Inc. - Common Stock | A | Dividend | | | Buy | 02/04 | | | |
| 31. Lowe's Companies, Inc. - Common Stock | A | Dividend | | | | | | | |
| 32. Target Corp. - Common Stock | A | Dividend | | | | | | | |
| 33. Flextronics Intl., Ltd. - Common Stock | | | | | Buy | 10/07 | | | |
| 34. Rental Property #1-Shreveport, LA (X) | | Rent | N | Q | | | | | See Sect. VIII A. |
| 35. Rental Property #2-Shreveport, LA (X) | | None | M | Q | | | | | See Sect. VIII A. |
| 36. Rental Property #3-Shreveport, LA (X) | D | Rent | M | S | | | | | See Sect. VIII A. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Rental Property #4-Shreveport, LA (X) | G | Rent | L | Q | | | | | See Sect. VIII A. |
| 38. Rental Property #5-Shreveport, LA (X) | E | Rent | M | W | | | | | See Sect. VIII A. |
| 39. Rental Property #6-Shreveport, LA (X) | E | None | L | Q | | | | | See Sect. VIII A. |
| 40. ML Institutional Fund (X) | C | Interest | O | T | | | | | See Sect. VIII A. |
| 41. ML WCMA Money Fund (X) | C | Interest | L | T | | | | | See Sect. VIII A. |
| 42. ML CMA Tax Exempt Fund (X) | A | Interest | J | T | | | | | See Sect. VIII A. |
| 43. AMB Property Corp. Reit -Common Stock (X) | A | Dividend | | | | | | | See Sect. VIII A. |
| 44. Atmos Energy Corp. - Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 45. Emerson Electric Co.- Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 46. First Ind. Realty Reit -Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 47. Federal Realty Inv. Tr. Reit -Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 48. Healthcare Realty Tr. Reit -Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 49. Hospitality PPTY Tr. Reit -Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 50. Health Care PPTY Inv. Reit -Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 51. J P Morgan Chase & Co. -Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 52. Kimco Realty Corp. Reit -Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 53. New Plan Excel Realty Reit -Common Stock (X) | B | Dividend | K | T | | | | | See Sect. VIII A. |
| 54. Prologis Reit - Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII A. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Plum Creek Timber Co.-Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 56. Qualcomm, Inc. - Common Stock (X) | A | Dividend | J | W | | | | | See Sect. VIII A. |
| 57. SBC Communications, Inc. -Common Stock (X) | | Dividend | J | T | | | | | See Sect. VIII A. |
| 58. Texas Instruments - Common Stock (X) | A | Dividend | | T | | | | | See Sect. VIII A. |
| 59. Gulfterra Energy, LP-Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 60. Teppco Partners, LP-Common Stock (X) | A | Dividend | K | S | | | | | See Sect. VIII A. |
| 61. Xcel Energy, Inc.-Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII A. |
| 62. Weingarten Realty Reit-Common Stock (X) | A | Dividend | | T | | | | | See Sect. VIII A. |
| 63. Working Interest-Price #3-Vermilion Parish, LA (X) | C | Royalty | | W | | | | | See Sect. VIII A. |
| 64. Working Interest-State Lease 5419-Vermilion Parish, LA (X) | G | Royalty | | W | | | | | See Sect. VIII A. |
| 65. Working Interest-Liberty Eylau #1-Bowie County, TX (X) | D | Royalty | | W | | | | | See Sect. VIII A. |
| 66. Working Interest-Liberty Eylau #2-Bowie County, TX (X) | D | Royalty | J | W | | | | | See Sect. VIII A. |
| 67. Working Interest-Whitney #30-1-Sabine Parish, LA (X) | B | Royalty | | W | | | | | See Sect. VIII A. |
| 68. Working Interest-Ford #1-DeSoto Parish, LA (X) | B | Royalty | J | W | | | | | See Sect. VIII A. |
| 69. Working Interest-Sabine Uplift #1-DeSoto Parish, LA (X) | B | Royalty | | W | | | | | See Sect. VIII A. |
| 70. Working Interest-Whitney #24-1-Sabine Parish, LA (X) | D | Royalty | J | W | | | | | See Sect. VIII A. |
| 71. Working Interest-Whitney #19-1-DeSoto Parish, LA (X) | C | Royalty | J | W | | | | | See Sect. VIII A. |
| 72. Working Interest-Harlan #1-DeSoto Parish, LA (X) | B | Royalty | | W | | | | | See Sect. VIII A. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Working Interest-Rascoe Est. #1-DeSoto Parish, LA (X) | C | Royalty | | W | | | | | See Sect. VIII A. |
| 74. Working Interest-Whitney #20-1-Sabine Parish, LA (X) | C | Royalty | | W | | | | | See Sect. VIII A. |
| 75. Working Interest-Pure Resources #1-Sabine Parish, LA (X) | C | Royalty | | W | | | | | See Sect. VIII A. |
| 76. Working Interest-Springer #1-DeSoto Parish, LA (X) | D | Royalty | | W | | | | | See Sect. VIII A. |
| 77. Working Interest-Whitney #31-1-Sabine Parish, LA (X) | A | Royalty | | W | | | | | See Sect. VIII A. |
| 78. Working Interest-Cameron #1-DeSoto Parish, LA (X) | | None | | W | | | | | See Sect. VIII A. |
| 79. Working Interest-Lewis Est. #1-DeSoto Parish, LA (X) | | None | K | W | | | | | See Sect. VIII A. |
| 80. Working Interest-Kenpaw #17-1-DeSoto Parish, LA (X) | | None | | W | | | | | See Sect. VIII A. |
| 81. Working Interest-Killian #18-1-DeSoto Parish, LA (X) | | None | K | W | | | | | See Sect. VIII A. |
| 82. Working Interest-Cook #1-DeSoto Parish, LA (X) | | None | K | W | | | | | See Sect. VIII A. |
| 83. Working Interest-Miller #7-1-DeSoto Parish, LA (X) | | None | | W | | | | | See Sect. VIII A. |
| 84. Natchitoches Parish LA Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 85. St. Charles Parish LA Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 86. Port New Orleans LA Bond (X) | B | Interest | | T | | | | | See Sect. VIII B. |
| 87. Louisiana PUB FACS Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 88. Jefferson Parish LA Bond (X) | C | Interest | J | T | | | | | See Sect. VIII B. |
| 89. Louisiana PUB FACS Bond (X) | C | Interest | K | T | | | | | See Sect. VIII B. |
| 90. Monroe West Monroe LA Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. Ernest N. Morial-New Orleans LA Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 92. San Antonio TX Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B |
| 93. New Orleans LA Drain Sys Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 94. Austin TX Utility Sys Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 95. Arlington TX Indpt Sch Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 96. Fulton County Georgia Dev Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 97. Fulton County Georgia Dev Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 98. Jefferson Parish LA Hsp Svc Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 99. Louisiana Stad-Expo Dist Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 100. Cleburne TX Waterworks Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 101. Houston TX Indpt Sch Dst Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 102. North East Indpt Sch Dst Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 103. Louisiana St Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 104. Louisiana St Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 105. Louisiana St Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 106. Ascension Parish LA Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 107. Dallas TX Waterworks Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 108. Louisana St Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Orleans Parish LA Bond (X) | B | Interest | K | T | | | D | | See Sect. VIII B. |
| 110. Orleans Parish LA Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 111. Dallas TX Area Rapid Bond (X) | B | Interest | | T | | | | | See Sect. VIII B. |
| 112. Orleans Parish LA Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 113. Saint Bernard Parish LA Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 114. San Antonio TX Elec Gas Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 115. Brazos River Auth TX Bond (X) | C | Interest | | | | | | | See Sect. VIII B. |
| 116. Brazos River Auth TX Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 117. Brazos River Auth TX Bond (X) | C | Interest | | T | | | | | See Sect. VIII B. |
| 118. Ascension Parish LA Pwd Bond (X) | C | Interest | K | T | | | | | See Sect. VIII B. |
| 119. Alexandria LA Utilities Bond (X) | B | Interest | | D | | | | | See Sect. VIII B. |
| 120. Texas St Water Dev Bond (X) | C | Interest | | T | | | | | See Sect. VIII B. |
| 121. Alexandria LA Utilities Bond (X) | A | Interest | K | T | | | | | See Sect. VIII B. |
| 122. Texas Mun Power Agcy Bond (X) | B | Interest | | | | | | | See Sect. VIII B. |
| 123. Bexar TX Met Water Dept Bond (X) | | Interest | | T | | | | | See Sect. VIII B. |
| 124. Quachita Parish LA East Bond (X) | | Interest | | T | | | | | See Sect. VIII B. |
| 125. Quachita Parish LA East Bond (X) | | Interest | K | | | | | | See Sect. VIII B. |
| 126. San Antonio TX River Auth Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
   (See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Austin TX River Auth Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 128. San Antonio TX Water Rev Bond (X) | A | Interest | K | T | | | | | See Sect. VIII B. |
| 129. Louisiana St Office FACS Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 130. Jefferson Parish LA Sch Brd Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 131. Monroe LA School Brd Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 132. Lafayette LA Pb Impt Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 133. Eagle Mtn-Saginaw TX Bond (X) | B | Interest | K | L | | | | | See Sect. VIII B. |
| 134. Eagle Mtn-Saginaw TX Bond (X) | A | Interest | K | L | | | | | See Sect. VIII B. |
| 135. Austin TX Elec Util Sys Bond (X) | C | Interest | L | L | | | | | See Sect. VIII B. |
| 136. Louisiana LCL Govt Env Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 137. Louisiana Stad-Expo Dist Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 138. Plano TX Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 139. Monroe LA SPL Sch Dist Bond (X) | B | Interest | K | N | | | | | See Sect. VIII B. |
| 140. Mc Kinney Tex Indpt Sch Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 141. New Orleans LA Bond (X) | B | Interest | K | L | | | | | See Sect. VIII B. |
| 142. Monroe LA Sch Dist Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 143. Orleans Parish LA Sch Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 144. Judson TX Indpt Sch Dist Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. East Baton Rouge Parish LA Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 146. Saint Charles Parish LA Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 147. Austin TX Elec Util Sys Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 148. Ernest N Morial NW Orlns Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 149. Ernest N Morial NW Orlns Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 150. Lafayette LA Pub Impt Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 151. East Baton Rouge Parish LA Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 152. East Baton Rouge Parish LA Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 153. Spring TX Indpt Sch Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 154. East Baton Rouge Parish LA Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 155. Denton TX Util Sys Rev Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 156. Slidell LA Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 157. Louisiana Pub FCS Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 158. Natchitoches Parish LA Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 159. Irving TX Waterworks Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 160. Irving TX Waterworks Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 161. Harris Co-Houston TX Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 162. Dallas TX Civic Center Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Dallas TX Civic Center Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 164. Jefferson LA Sales Tax Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 165. Jefferson LA Sales Tax Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 166. Monroe LA Sales & Use Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 167. Lafayette LA Pub Tr Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 168. New Orleans LA Pub Impt Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 169. Monroe LA Sales & Use Bond (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 170. Jefferson Parish LA Bond (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 171. New Orleans LA Pub Impt Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 172. Lafayette LA Pub Imp Bond (X) | B | Interest | L | T | | | | | See Sect. VIII B. |
| 173. Ascential Software Corp.-Common Stock (X) | | None | J | T | | | | | See Sect. VIII B. |
| 174. Active Power Inc.-Common Stock (X) | | None | J | T | | | | | See Sect. VIII B. |
| 175. Adolor Corp Deleware-Common Stock (X) | | None | J | T | | | | | See Sect. VIII B. |
| 176. Avaya Inc.- Common Stock (X) | | None | J | T | | | | | See Sect. VIII B. |
| 177. AMN PWR Conversion-Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 178. Amgen Inc.-Common Stock (X) | | None | K | T | | | | | See Sect. VIII B. |
| 179. Boeing Company-Common Stock (X) | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 180. Burlington Resources-Common Stock (X) | B | Dividend | M | T | | | | | See Sect. VIII B. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | HI = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. Ciena Corp.-Common Stock (X) | | None | J | T | | | | | See Sect. VIII B. |
| 182. Costco Wholesale Corp-Common Stock (X) | | None | | | | | | | See Sect. VIII B. |
| 183. Capstone Turbine Corp-Common Stock (X) | | None | | | | | | | See Sect. VIII B. |
| 184. Cell Genesys Inc.-Common Stock (X) | | None | | | | | | | See Sect. VIII B. |
| 185. Cisco Systems Inc.-Common Stock (X) | | None | K | | | | | | See Sect. VIII B. |
| 186. Coca Cola-Common Stock (X) | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 187. Compudyne Corp-Common Stock (X) | | None | | | | | | | See Sect. VIII B. |
| 188. Corning Inc.-Common Stock (X) | | None | | | | | | | See Sect. VIII B. |
| 189. Delphi Corporation-Common Stock (X) | A | Dividend | | | | | | | See Sect. VIII B. |
| 190. E M C Corporation-Common Stock (X) | | None | | | | | | | See Sect. VIII B. |
| 191. Exxon Mobil Corp.-Common Stock (X) | A | Dividend | K | | | | | | See Sect. VIII B. |
| 192. Emerson Elec Co-Common Stock (X) | A | Dividend | K | | | | | | See Sect. VIII B. |
| 193. Globalsantafe Corp.-Common Stock (X) | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 194. General Electric-Common Stock (X) | B | Dividend | L | | | | | | See Sect. VIII B. |
| 195. General Motors Corp.-Common Stock (X) | A | Dividend | | | | | | | See Sect. VIII B. |
| 196. Gillette Co.-Common Stock (X) | | Dividend | K | | | | | | See Sect. VIII B. |
| 197. Halliburton Co.-Common Stock (X) | | Dividend | | | | | | | See Sect. VIII B. |
| 198. Hibernia Corp. CL A - Common Stock (X) | B | Dividend | K | T | | | | | See Sect. VIII B. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. Home Depot Inc.- Common Stock (X) | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 200. Ixys Corp.-Common Stock (X) | | None | J | T | | | | | See Sect. VIII B. |
| 201. Intel Corp.-Common Stock (X) | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 202. Intl Rectifier Corp.-Common Stock (X) | | None | K | T | | | | | See Sect. VIII B. |
| 203. Johnson and Johnson - Common Stock (X) | C | Dividend | M | T | | | | | See Sect. VIII B. |
| 204. Lucent Technologies, Inc.-Common Stock (X) | | None | J | T | | | | | See Sect. VIII B. |
| 205. Ligand Pharmaceuticals-Common Stock (X) | | None | K | T | | | | | See Sect. VIII B. |
| 206. Millennium Pharms Inc.-Common Stock (X) | | None | J | T | | | | | See Sect. VIII B. |
| 207. Monsanto Co New Del -Common Stock (X) | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 208. Merck&Co., Inc.-Common Stock (X) | B | Dividend | K | T | | | | | See Sect. VIII B. |
| 209. Microsoft Corp.-Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 210. Motorola, Inc.-Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 211. Nippon Telg&Tel Spdn-Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 212. Network Appliance, Inc.-Common Stock (X) | | None | J | T | | | | | See Sect. VIII B. |
| 213. Nortel Networks Corp.-Common Stock (X) | | None | J | T | | | | | See Sect. VIII B. |
| 214. Noble Corporation-Common Stock (X) | | None | K | T | | | | | See Sect. VIII B. |
| 215. Oracle Corp. $0.01-Common Stock (X) | | None | K | T | | | | | See Sect. VIII B. |
| 216. Power-One, Inc.-Common Stock (X) | | None | J | T | | | | | See Sect. VIII B. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. Pfizer, Inc. Del PV $.05 -Common Stock (X) | B | Dividend | L | T | | | | | See Sect. VIII B. |
| 218. Qualcomm, Inc. -Common Stock (X) | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 219. Royal Dutch Pet NY-Common Stock (X) | B | Dividend | L | T | | | | | See Sect. VIII B. |
| 220. Savient Pharmaceuticals-Common Stock (X) | | None | J | T | | | | | See Sect. VIII B. |
| 221. Sony Corp Adr New-Common Stock (X) | A | Dividend | J | T | | | | | See Sect. VIII B. |
| 222. Texas Instruments-Common Stock (X) | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 223. Tyco Intl Ltd. New -Common Stock (X) | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 224. Transocean, Inc.-Common Stock (X) | | None | J | T | | | | | See Sect. VIII B. |
| 225. Target Corp. -Common Stock (X) | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 226. Time Warner, Inc. -Common Stock (X) | | None | L | T | | | | | See Sect. VIII B. |
| 227. 3M Company-Common Stock (X) | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 228. Veritas Stoftware De $.001-Common Stock (X) | | None | J | T | | | | | See Sect. VIII B. |
| 229. Vodafone Grp Plc Spn -Common Stock (X) | A | Dividend | K | T | | | | | See Sect. VIII B. |
| 230. Viacom, Inc. CL A-Common Stock (X) | A | Dividend | L | T | | | | | See Sect. VIII B. |
| 231. Viacom, Inc. CL B-Common Stock (X) | A | Dividend | K | | | | | | See Sect. VIII B. |
| 232. Wal-Mart De Mexico SR C-Common Stock (X) | | None | L | T | | | | | See Sect. VIII B. |
| 233. Wal-Mart De Mexico-Common Stock (X) | | None | J | T | | | | | See Sect. VIII B. |
| 234. Munivest Fund Inc. (X) | B | Interest | L | T | | | | | See Sect. VIII B. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. NUV Invtr Qual Mun FD Inc. (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 236. NUV Insd M Opp FD Inc. (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 237. Muniyield Fund, Inc. (X) | D | Interest | M | T | | | | | See Sect. VIII B. |
| 238. Muniyield Insd Fund, Inc. (X) | D | Interest | M | T | | | | | See Sect. VIII B. |
| 239. Muniyield Quality FD, Inc. (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 240. Blackrock Inv Q Muncp Tr (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 241. Muni Assets Fund Inc. Com (X) | D | Interest | L | T | | | | | See Sect. VIII B. |
| 242. Municipal Invest Trust (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 243. Municipal Invest Trust (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 244. Municipal Invest Trust (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 245. Municipal Invest Trust (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 246. Municipal Invest Trust (X) | B | Interest | K | T | | | | | See Sect. VIII B. |
| 247. Municipal Invest Trust (X) | C | Interest | L | T | | | | | See Sect. VIII B. |
| 248. ML Global Smallcap FD A (X) | B | Interest | M | T | | | | | See Sect. VIII B. |
| 249. ML Global Smallcap FD B (X) | A | Interest | M | T | | | | | See Sect. VIII B. |
| 250. ML Global Growth CL B (X) | | None | K | T | | | | | See Sect. VIII B. |
| 251. ML Developing Cap Mkts (X) | A | Interest | L | T | | | | | See Sect. VIII B. |
| 252. Nuveen Louisiana Muni (X) | E | Interest | O | T | | | | | See Sect. VIII B. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. Seligman Louisiana Muni Fd Cl A (X) | E | Interest | Q | T | | | | | See Sect. VIII B. |
| 254. ML Muni BD Insured Pt 1 (X) | E | Interest | N | T | | | | | See Sect. VIII B. |
| 255. WCMA Tax -Exempt Fund (X) | D | Interest | | | | | | | See Sect. VIII B. |
| 256. Working Interest-Wesson Hogg Sand Unit, Ouachita Co., AR (X) | C | Royalty | | W | | | | | See Sect. VIII B. |
| 257. Working Interest-Macdonell #1, Vermilion Parish, LA (X) | B | Royalty | | W | | | | | See Sect. VIII B. |
| 258. Working Interest-S. L. 7712 #1, Vermilion Parish, LA (X) | D | Royalty | | W | | | | | See Sect. VIII B. |
| 259. Working Interest-S. L. 7712 #3, Vermilion Parish, LA (X) | C | Royalty | K | W | | | | | See Sect. VIII B. |
| 260. Working Interest-Dwyer Price #2, Vermilion Parish, LA (X) | D | Royalty | D | W | | | | | See Sect. VIII B. |
| 261. Working Interest-Glenn #1, Vermilion Parish, LA (X) | C | Royalty | K | W | | | | | See Sect. VIII B. |
| 262. Working Interest-Glenn #2, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 263. Working Interest-Price #3, Vermilion Parish, LA (X) | B | Royalty | | W | | | | | See Sect. VIII B. |
| 264. Working Interest-Fritz Lang #1, Vermilion Parish, LA (X) | D | Royalty | | W | | | | | See Sect. VIII B. |
| 265. Working Interest-Price Heirs #1, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 266. Working Interest-Glenn #4, Vermilion Parish, LA (X) | B | Royalty | | W | | | | | See Sect. VIII B. |
| 267. Working Interest-Fritz Lang #2, Vermilion Parish, LA (X) | C | Royalty | K | W | | | | | See Sect. VIII B. |
| 268. Working Interest-S. L. 5419 #1, Vermilion Parish, LA (X) | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 269. Working Interest-Glenn #5, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 270. Working Interest-Fisher #1, Vermilion Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. Working Interest-Vincent #1, Vermilion Parish, LA (X) | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 272. Working Interest-Price Heirs 1 Alt, Vermilion Parish, LA (X) | D | Royalty | J | W | | | | | See Sect. VIII B. |
| 273. Working Interest-S. L. 7712 #5, Vermilion Parish, LA (X) | E | Royalty | J | W | | | | | See Sect. VIII B. |
| 274. Working Interest-Boyd 34-10, Walthall County, MS (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 275. Working Interest-Amoco Sabine 26-16, Jefferson Davis, MS (X) | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 276. Working Interest-Belcher, Gregg County, TX (X) | D | Royalty | J | W | | | | | See Sect. VIII B. |
| 277. Working Interest-W. Tyler Sand Unit, Smith County, TX (X) | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 278. Working Interest-Bellwood Lake Unit, Smith County, TX (X) | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 279. Working Interest-B. M. Smith #1, Cherokee County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 280. Working Interest-O. Stockton 1-R, Cherokee County, TX (X) | A | Royalty | J | W | | | | E | See Sect. VIII B. |
| 281. Working Interest-S. L. Stockton #1, Cherokee County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 282. Working Interest-Barron Gas Unit #1, Cherokee County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 283. Working Interest-S. M. Braly #2, Cherokee County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 284. Working Interest-Stark Smith #1, Cherokee County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 285. Working Interest-Stark Smith #A-1, Cherokee County, TX (X) | C | Royalty | K | V | | | | | See Sect. VIII B. |
| 286. Working Interest-Toledo Bend, Cherokee County, TX (X) | A | Royalty | J | V | | | | | See Sect. VIII B. |
| 287. Royalty Interest-Umphries, Lafayette County, AR (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 288. Royalty Interest-Sanders E., Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. Royalty Interest-Adeline Sugar Fac, St. Mary Par., LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 290. Royalty Interest-R. R. Barrow #1, Lafourche Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 291. Royalty Interest-Nag Unit, St. Charles Parish, LA (X) | B | Royalty | J | W | | | | | See Sect. VIII B. |
| 292. Royalty Interest-PZ RA SUH; MRP #2, St. Charles Pa., LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 293. Royalty Interest-PZ RA SUH;MRP #3, St. Charles Pa., LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 294. Royalty Interest-Sanders D, Webster Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 295. Royalty Interst-Hall 20 #1, DeSoto Parish, LA (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 296. Royalty Interest-M. C. Armstrong, Adams County, MS (X) | | Royalty | J | W | | | | | See Sect. VIII B. |
| 297. Royalty Interest-Leslie Hughes 1-29, Wilkinson Co., MS (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 298. Royalty Interest-Leslie Hughes #3, Wilkinson County, MS (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 299. Royalty Interest-Frazier Gas Unit, Tery County, TX (X) | A | Royalty | J | W | | | | | See Sect. VIII B. |
| 300. Mineral Interest-Ouachita County, AR (X) | | None | J | W | | | | | See Sect. VIII B. |
| 301. Mineral Interest-Jefferson Davis Parish, LA (X) | | None | J | W | | | | | See Sect. VIII B. |
| 302. Mineral Interest-Vermilion Parish, LA (X) | | None | J | W | | | | | See Sect. VIII B. |
| 303. Mineral Interest-Adams County, MS (X) | | None | J | W | | | | | See Sect. VIII B. |
| 304. Mineral Interest-Marion County, MS (X) | | None | J | W | | | | | See Sect. VIII B. |
| 305. Mineral Interest-Rankin County, MS (X) | | None | J | W | | | | | See Sect. VIII B. |
| 306. Mineral Interest-Cherokee County, TX (X) | | None | J | W | | | | | See Sect. VIII B. |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAGG, TOM | 7/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Mineral Interest-Smith County, TX (X) | | None | J | W | | | | | See Sect. VIII B. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

### A.    CAMELLIA TRADING COMPANY

Camellia Trading Company (CTC) is a ▮▮▮▮owned partnership now owned one-third by the filer and one-third each by ▮▮▮▮▮▮▮▮ Gradually, over several years, ownership has been transferred to ▮▮▮▮▮together with all management responsibility. In prior years, CTC was considered to be exempt from listing individual underlying assets because I did not direct or influence the purchase, sale or disposition of property owned by CTC. ▮▮▮▮▮▮made all management decisions.

Beginning in 2003, with the acquisition of mineral interests in which I became person ally involved, the requirement of listing assets became necessary in order to comply with the filing instructions pertaining to Section VII. The values and income codes used in this report reflect 100% of what CTC owns. My interest, at the end of 2003, is one-third of the totals shown. CTC owns commercial real estate in Shreveport, LA, a brokerage account at Merrill-Lynch, and mineral interests in Louisiana and Texas. The listings in Section VII are in that order.

### B.    ST. VRAIN, LLC

Until May 19, 2003, I was separate in property from ▮▮▮▮▮▮▮▮▮▮Effective May 19, 2003, ▮▮▮▮donated to a legal regime of community property between us a substantial portion of her separate assets. On the same day, she and I further transferred that property to St. Vrain, LLC, a Louisiana limited liability company which we had established on May 14, 2003. Our transfer of the property to St. Vrain, LLC constituted a joint community property capital contribution by us in that company.

St. Vrain, LLC is now owned by ▮▮▮▮▮▮▮nd me. I am not a manager of the entity; I am not involved in its day-to-day operations; and I own a 47 1/2 percent interest in it.

For all of the first 57 years of ▮▮▮▮▮▮▮▮property was her separate and paraphernal property, and none of it fell into the community property regime under Louisiana law. Prior to the formation of St. Vrain, LLC, none of the property, now owned by that entity, was required to be listed in any disclosure filed by me because: 1) the property was ▮▮▮▮▮separate and paraphernal property, and she alone had the financial interest and financial responsibility of it; 2) I did not derive or expect to derive a financial or economic benefit from the property and; 3) I had no knowledge concerning the property. Thus, pursuant to 5 U.S.C. Appendix 4, Sec. 102 (e)(1)(E), the property formerly owned solely by ▮▮▮▮and now owned by St. Vrain, LLC, was not listed.

This year is the first reporting year following the formation of St. Vrain, LLC and the first year after I became vested with an ownership interest in that entity. This is also the first reporting year in which I have derived or expected to derive a financial or economic benefit from the property now owned by St. Vrain, LLC.

The listing of St. Vrain, LLC holdings begins on Line 84 and lists bonds, common stocks, mutual funds, and mineral properties in that order. St. Vrain holds title to mineral property rights in 118 counties in 7 states, most of which are presently non-productive. These properties alone require some organizational structure and closer management than heretofore was possible. In accordance with the filing instructions, mineral properties with income levels less than $200 and valuation of less than $1000 are not listed.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | STAGG, TOM | 7/5/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544